IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SONRAI MEMORY LIMITED,**<br>Plaintiff,<br><br>v.<br><br>**ORACLE CORP.,**<br>Defendant. | 6:21-cv-1023-ADA |

**ORDER GRANTING DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S INDUCED INFRINGEMENT
CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [ECF No. 20]**

Came on for consideration this date is Oracle's Motion to Dismiss Sonrai's Induced Infringement Claims under Federal Rule of Civil Procedure 12(b)(6). ECF No. 20 (the "Motion"). Sonrai filed a notice of non-opposition to the Motion on December 29, 2021. After careful consideration of the Motion, the Parties' papers, and the applicable law, the Court **GRANTS** Oracle's Motion **WITHOUT PREJUDICE**. The Court further **ORDERS** that Plaintiff be allowed to take discovery related to these claims when discovery opens. The Court also **GRANTS** Plaintiff leave to amend its pleadings to reassert these claims after the start of discovery if it can substantiate those allegations. Plaintiff shall have three months from the opening of discovery to amend its pleadings on a good faith basis under Rule 11.

SIGNED this 5th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE