# KELLY HART

J. STEPHEN RAVEL
steve.ravel@kellyhart.com

TELEPHONE: 512-495-6429
FAX: (512) 495-6401

May 24, 2022

**VIA E-FILING**

U.S. Magistrate Judge Gilliland
United States District Court
for the Western District of Texas,
Waco Division
800 Franklin Avenue,
Waco, TX 76701

Re:   Notice of New Authorities, *Sonrai Memory Ltd. v. Oracle Corp.*, 6:21-cv-01023-ADA, W.D. Tex., Waco Division

Dear Magistrate Judge Gilliland:

Defendant Oracle Corp. files this letter to apprise of two decisions from this Court and the Federal Circuit Court of Appeals that were unsealed or issued on or after the May 19, 2022 hearing on Oracle's Motion to Transfer in this case.

First, on May 19, 2021, Judge Albright unsealed his decision ordering transfer in *Lynk Labs, Inc. v. Home Depot, et al.*, No. 6:21-cv-0097-ADA (Dkt. 53). *See* Exhibit A. In that newly-available decision, Judge Albright held that post-filing considerations are relevant to the 28 U.S.C. § 1404(a) transfer analysis:

> Lynk argues in sur-reply that the Court cannot consider Ms. Kramer under this factor because the private and public interest factors must be considered based on 'the situation which existed when suit was instituted.' …
>
> The 'convenience' clause of § 1404(a) includes no … language mandating that courts look only backward. … This Court will not hold, then, that merely because the inquiry as to where an action 'might have been brought' is retrospective, so too must the convenience analysis. …

[Ex. A at 12-13 (internal citations omitted)]. *Lynk Labs* is thus responsive to Sonrai's argument that this Court may not consider Oracle's post-filing steps to confirm that certain tertiary prior art references would not be subject to trial testimony by withdrawing those references.

Second, on May 23, 2022, the Federal Circuit Court of Appeals ordered transfer to the Northern District of California in *In re Google LLC*, No. 2022-141 (Fed. Cir. May 23, 2022). *See* Exhibit B. In the order, the Court ruled that: (1) pending lawsuits involving the same patent in

**AUSTIN OFFICE** | 303 COLORADO STREET, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401
FORT WORTH OFFICE | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280
MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813
*Kelly Hart & Hallman, a Limited Liability Partnership* | www.kellyhart.com

May 24, 2022
Page 2

the transferor forum are not controlling; and (2) a defendant's general presence in a district is irrelevant because it is the "locus of the events that gave rise to the dispute" that matters. *See id.* at 9-10 & n.3 (citation omitted). *In re Google* is thus responsive to Sonrai's request that this Court deny transfer because (1) Sonrai has filed other lawsuits in this District, and (2) Oracle has a general presence in this District.

Because *Lynk Labs* and *In re Google* are relevant to the parties' transfer disputes, Oracle respectfully requests that the Court consider these newly-available decisions.

Sincerely,

| | |
|---|---|
| Gregory S. Arovas (*Pro Hac Vice*) | */s/ J. Stephen Ravel* |
| Todd M. Friedman (*Pro Hac Vice*) | J. Stephen Ravel |
| Leslie M. Schmidt (*Pro Hac Vice*) | Texas State Bar No. 16584975 |
| Alex Henriques (*Pro Hac Vice*) | **KELLY HART & HALLMAN LLP** |
| **KIRKLAND & ELLIS, LLP** | 303 Colorado, Suite 2000 |
| 601 Lexington Avenue | Austin, Texas 78701 |
| New York, NY 10022 | Tel: (512) 495-6429 |
| Tel: (212) 446-4800 | Fax: (512) 495-6401 |
| Fax: (212) 446-4900 | Email: steve.ravel@kellyhart.com |
| Email: greg.arovas@kirkland.com | |
| Email: todd.friedman@kirkland.com | Caitlyn E. Hubbard |
| Email: leslie.schmidt@kirkland.com | Texas State Bar No. 24097853 |
| Email: alex.henriques@kirkland.com | **KELLY HART & HALLMAN LLP** |
| | 201 Main Street, Suite 2500 |
| David Rokach (*Pro Hac Vice*) | Ft Worth, Texas 76102 |
| **KIRKLAND & ELLIS, LLP** | Tel: (817) 332-2500 |
| 300 North LaSalle | Fax: (817) 878-9280 |
| Chicago, IL 60654 | Email: caitlyn.hubbard@kellyhart.com |
| Tel: (312) 862-2000 | |
| Email: david.rokach@kirkland.com | ***Attorneys for Defendant Oracle Corp.*** |
| | |
| Abigail Lauer Litow (*Pro Hac Vice*) | |
| **KIRKLAND & ELLIS, LLP** | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | |
| Tel: (202) 389-5000 | |
| Email: abigail.litow@kirkland.com | |

JSR/ksc
Enclosure (as described above)

May 24, 2022
Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record are being served with a copy of the foregoing letter via the Court's CM/ECF system on May 24, 2022.

                                            */s/ J. Stephen Ravel*
                                            J. Stephen Ravel